

FILED

APR 09 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. |
| Plaintiff, ) | 2:09-CR 00161 EJG |
| v. ) | |
| SEALED, ) | |
| Defendants. ) | |

SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents filed on April 9, 2009, in the above referenced case shall be sealed until the Clerk of this Court is notified in writing by the United States Attorney's Office for this District of the arrest of the first defendant in this case or until further order of the Court.

DATED: April 9, 2009

DALE A. DROZD
United States Magistrate Judge