BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:09-cr-161 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) | |
| TOBBIYON SIMON, and ) | |
| MONIQUE JASPAR, ) | |
| ) | |
| Defendants. ) | |

## Stipulation

The government and defendant Monique Jaspar are in the process of negotiating a plea agreement.  Therefore, the parties, through undersigned counsel, stipulate that the status conference scheduled for March 12, 2010, may be continued to, April 30, 2010, at 10:00 a.m.  That is the first date that both counsel and the defendant are all available.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of April 30, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, because the interests of

1

justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

Defense counsel has authorized the prosecutor to sign this stipulation on his behalf.

DATED: March 11, 2010          BENJAMIN B. WAGNER
                                United States Attorney


                          by    /s/ Samantha S. Spangler
                                Samantha S. Spangler
                                Assistant U.S. Attorney


DATED: March 11, 2010     by    /s/ Samantha S. Spangler  for
                                Michael B. Bigelow
                                Counsel for Defendant
                                Monique Jaspar

## Order

Good cause appearing, the status conference scheduled for March 12, 2010 is ordered continued to April 30, 2010, at 10:00 a.m. The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of April 30, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

IT IS SO ORDERED.

DATED: March 11, 2010          /s/ Edward J. Garcia
                                EDWARD J. GARCIA, JUDGE
                                UNITED STATES DISTRICT COURT