1  BENJAMIN B. WAGNER
   United States Attorney
2  LEE S. BICKLEY
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:09-Cr.-0161 WBS |
   |---|---|
12 |              Plaintiff,  | GOVERNMENT'S MOTION TO DISMISS INDICTMENT AS TO TOBBIYON JERMAINE SIMON |
13 | v. | |
14 | TOBBIYON JERMAINE SIMON, et al., | |
15 |              Defendants. | |

16

17     Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States

18 respectfully moves this court for an order dismissing the indictment, filed on April 9, 2009, as to

19 Tobbiyon Jermaine Simon.  The government has received a certified copy of the death certificate of

20 defendant Tobbiyon Jermaine Simon indicating that the defendant died on May 24, 2013.

21 Accordingly, the government moves to dismiss all charges against Tobbiyon Jermaine Simon in the

22

23 pending Indictment.

24 DATED:    July 10, 2013

25                                 BENJAMIN B. WAGNER
                                   United States Attorney
26

27                                 /s/ Lee S. Bickley_____
                                   LEE S. BICKLEY
28                                 Assistant United States Attorney

                                        1

BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:09-Cr.-0161 WBS |
|---|---|
| Plaintiff, | ORDER DISMISSING INDICTMENT AS TO TOBBIYON JERMAINE SIMON |
| v. | |
| TOBBIYON JERMAINE SIMON, et al., | |
| Defendants. | |

Based on the government's motion to dismiss the indictment, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that all charges against TOBBIYON JERMAINE SIMON in the pending indictment filed on April 9, 2009, be hereby DISMISSED.

Dated:  July 12, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE